**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 24-6890**

————————————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

TREMAINE ANTWAUN BROWN,

        Defendant - Appellant.

————————————

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Catherine C. Eagles, Chief District Judge.  (1:14-cr-00285-CCE-1)

————————————

Submitted:  December 5, 2024                Decided:  December 10, 2024

————————————

Before GREGORY and RICHARDSON, Circuit Judges, and FLOYD, Senior Circuit Judge.

————————————

Affirmed by unpublished per curiam opinion.

————————————

Tremaine Antwaun Brown, Appellant Pro Se.

————————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tremaine Antwaun Brown appeals the district court's order granting his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction pursuant to Part A of Amendment 821 to the Sentencing Guidelines. We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order. *United States v. Brown*, No. 1:14-cr-00285-CCE-1 (M.D.N.C. Apr. 2, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*